## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| EMILY SCHULENBERG,              ) | |
|           **Plaintiff,**      ) | |
| vs.                             ) | No.: 4:22-cv-04107 |
| MSI DIVERSIFIED, INC. f/k/a MOXIE ) | |
| SOLAR; MOXIE SOLAR ILLINOIS; JASON HALL; & TRAVIS EICHELBERGER ) | |
|           **Defendants.**     ) | |

### NOTICE OF DISMISSAL OF DEFENDANT TRAVIS EICHELBERGER

Plaintiff, Emily Schulenberg, through her attorney, Kelsey A.W. Marquard, for her Notice of Dismissal of Defendant Travis Eichelberger, states:

1. Plaintiff and Defendant Eichelberger have reached a settlement and resolved all issues between Plaintiff and Defendant Eichelberger.

2. Plaintiff has not reached a settlement with any other Defendant in this matter.

3. Defendant Eichelberger has not yet filed an answer in this matter.

4. Plaintiff is not dismissing any other Defendant in this matter.

Wherefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses her claims against Defendant Travis Eichelberger.

Dated:  January 20, 2022          Respectfully submitted,

                                                    /S/Kelsey A. W. Marquard
                                                    Kelsey A. W. Marquard, ARDC 6311205
                                                    O'Brien & Marquard, P.L.C.
                                                    2322 East Kimberly Road, Suite 140S
                                                    Davenport, Iowa 52807
                                                    563-355-6060 Telephone
                                                    563-355-6666 Facsimile
                                                    kawm@emprights.com  Email
                                                    ATTORNEY FOR PLAINTIFF

Certificate of Service

I certify I served the foregoing document via email on January 20, 2023:

Mikkie R. Schiltz
Lane & Waterman LLP
220 N. Main Street, Suite 600
Davenport, IA 52801
563-333-6620 Telephone
mschiltz@l-wlaw.com
ATTORNEY FOR DEFENDANT TRAVIS EICHELBERGER

**Robert B McMonagle**
DENTONS DAVIS BROWN PC
Suite 1300
215 10th Street
Des Moines, IA 50309
515-288-2500
robert.mcmonagle@dentons.com

                                                                                                    */S/Kelsey A. W. Marquard*
                                                                                                     Kelsey A. W. Marquard